1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, CA SBN #304781
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  MAKSIM NIKULSHIN

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    ) Case No. 6:16-mj-00014-MJS
                                  )
12 |         Plaintiff,            ) STIPULATION FOR RULE 43 WAIVER OF
                                  ) APPEARANCE AND FOR CONTINUANCE
13 | vs.                          ) OF INITIAL APPEARANCE; ORDER
                                  )
14 | MAKSIM NIKULSHIN,            ) DATE:   April 19, 2016
                                  ) TIME:   10:00 a.m.
15 |         Defendant.            ) JUDGE:  Hon. Michael J. Seng
                                  )
16 |_____)

17         Pursuant to Federal Criminal Rule of Criminal Procedure 43(b)(2), Maksim Nikulshin,

18 having been advised of his right to be present at all stages of the proceedings, hereby requests

19 that this Court permit him to waive his right to personally appear for his initial appearance, and

20 be allowed to appear via video conference.  Mr. Nikulshin agrees that his interests shall be

21 represented at all times by the presence of his attorney, the Office of the Federal Defender for the

22 Eastern District of California, the same as if he were personally present, and requests that this

23 Court allow his attorney-in-fact to represent his interests at all times.  The government has no

24 objection to this request.

25         Mr. Nikulshin is charged with being present in a park area when under the influence of

26 alcohol to a degree that may endanger oneself or another person, or damage property or park

27 resources, in violation of 36 C.F.R. § 4.12; failing to report a motor vehicle accident resulting in

28 property damage to the superintendent as soon as practicable, in violation of 36 C.F.R. § 4.4(a);

1  operating a motor vehicle while under the influence of alcohol to a degree that renders the
2  operator incapable of safe operation, in violation of 36 C.F.R. § 4.23(a)(1); and operating a
3  motor vehicle with an alcohol concentration greater than or equal to 0.08, in violation of 36
4  C.F.R. § 4.23(a)(2).  This is Mr. Nikulshin's first request for a waiver of appearance.

5       Mr. Nikulshin resides in Brooklyn, New York.  Mr. Nikulshin works part-time as a
6  carpenter, earning only approximately $600 per month.  Mr. Nikulshin's wife works as a model
7  and her income varies greatly.  It would be a serious hardship for Mr. Nikulshin to travel to
8  Yosemite, both because of the distance and the cost.

9       Accordingly, Mr. Nikulshin respectfully requests that the Court grant a waiver of his
10 right and obligation to be personally present and that he be permitted to appear via video
11 conference from the Federal Courthouse in Brooklyn, New York.

12      Mr. Nikulshin further requests that the initial appearance currently scheduled for March
13 8, 2016, be continued to April 19, 2016, at 10:00 a.m.  Mr. Nikulshin, who speaks Russian, will
14 require the aid of an interpreter to communicate with his attorney, and defense counsel requires
15 additional time to arrange for an interpreter.  Defense counsel also requires additional time to
16 make the appropriate arrangements with the courthouse in New York.

17

18      Respectfully submitted,

19 Date: March 8, 2016     */s/ Matthew McNease*
     MATTHEW MCNEASE
20      Yosemite Legal Officer
     Counsel for the Plaintiff
21

22      HEATHER E. WILLIAMS
     Federal Defender
23

24 Date: March 8, 2016     */s/ Erin Snider*
     ERIN SNIDER
25      Assistant Federal Defender
     Attorney for Defendant
26      MAKSIM NIKULSHIN

27 / / /

28 / / /

**O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via video conference at the initial appearance hearing in Case No. 6:16-mj-00017-MJS, is hereby accepted and adopted as the order of this Court. The Court further grants the parties' request to continue the initial appearance to April 19, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 8, 2016                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE