Susan St. Vincent
Acting Legal Officer
Kayleigh Birks
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:16-MJ-014-MJS |
| Plaintiff, | |
| v. | STIPULATION TO CONTIUE STATUS CONFERENCE; AND ORDER THEREON |
| MAKSIM NIKULSHIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Kayleigh Birks, Legal Intern for the National Park Service, and Defendant Maksim Nikulshin, by and through his attorney of record, Rachelle Barbour, that the Status Conference in the above-captioned matter set for August 9, 2016 shall be continued to September 13, 2016.

Dated: August 4, 2016          /S/Kayleigh Birks_____
                               Kayleigh Birks
                               Legal Intern
                               Yosemite National Park

Dated: August 4, 2016           /S/ Rachelle Barbour     _
                               Rachelle Barbour
                               Attorney for Defendant
                               Maksim Nikulshin

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the August 9, 2016, Status Conference for *United States v. Nikulshin*, case number 6:16-MJ-014-MJS, is hereby continued to September 13, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 6, 2016          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE