HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710

Attorney for Defendant
MAKSIM NIKULSHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-mj-14 MJS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| MAKSIM NIKULSHIN, | Date: September 13, 2016 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Michael J. Seng |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Legal Officer Susan St. Vincent, representative for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorney for Maksim Nikulshin, hereby stipulate and agree to vacate the current status conference set for September 13, 2016 at 10:00 a.m. and set a status conference hearing on October 11, 2016 at 10:00 a.m.

//
//
//
//
//
//

The reason for the continuance is for additional time to consider plea negotiations with the defendant and to conduct further investigation.

Respectfully submitted,

DATED: September 9, 2016     HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
MAKSIM NIKULSHIN

DATED: September 9, 2016     PHILLIP A. TALBERT
Acting United States Attorney

*/s/Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety.. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders the status hearing set for October 11, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 16, 2016        /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE