HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar # 294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MAKSIM NIKULSHIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MAKSIM NIKULSHIN,<br><br>  Defendant. | Case No. 6:16-mj-014-MJS-1<br><br>**STIPULATION FOR RULE 43 WAIVER OF APPEARANCE; ORDER**<br><br>Judge:  Honorable MICHAEL J. SENG |

TO: PHILLIP A. TALBERT, Acting United States Attorney, and SUSAN ST. VINCENT, Acting Legal Officer

Pursuant to Federal Criminal Rule of Criminal Procedure 43(b)(2), Maksim Nikulshin, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea, trial, or sentencing, and be allowed to appear via video conference. Mr. Nikulshin agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government has no objection to this request.

Mr. Nikulshin's next court date is October 11, 2016, for status.

Stipulation and [Proposed] Order
for Waiver of Appearance

Mr. Nikulshin has been charged with being present in a park area when under the influence of alcohol to a degree that may endanger oneself or another person, or damage property or park resources, in violation of 36 C.F.R. § 4.12; failing to report a motor vehicle accident resulting in property damage to the superintendent as soon as practicable, in violation of 36 C.F.R. § 4.4(a); operating a motor vehicle while under the influence of alcohol to a degree that renders the operator incapable of safe operation, in violation of 36 C.F.R. § 4.23(a)(1); and operating a motor vehicle with an alcohol concentration greater than or equal to 0.08, in violation of 36 C.F.R. § 4.23(a)(2). This is Mr. Nikulshin's <u>second</u> request for a waiver of appearance. *See* CR 4.

Mr. Nikulshin resides in Brooklyn, New York. He works part-time as a carpenter, earning only approximately $600 per month. Mr. Nikulshin's wife works as a model and her income varies greatly. It would be a serious hardship for Mr. Nikulshin to travel to Yosemite, both because of the distance and the cost of not only travel, but also lodging and subsistence. By statute the Marshals only pay for one-way transportation to the district where a defendant's appearance is required.[1]  *See* 18 U.S.C. § 4285. They will not pay for the defendant's return trip. They do not provide lodging, nor will they pay for subsistence upon the defendant's arrival in the destination district.

//

//

---

[1] Section 4285 provides that any federal judge or magistrate judge, upon a condition that a released person appear before that court, may "direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where [her] appearance is required. . . ." *See* 18 U.S.C. § 4285. The judge should be satisfied after appropriate inquiry that the "defendant is financially unable to provide the necessary transportation to appear before the required court on [her] own" and that the interests of justice
would be served by granting such request. *Id*.

Stipulation and [Proposed] Order
for Waiver of Appearance

Accordingly, Mr. Nikulshin respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the Federal Courthouse in Brooklyn, New York.

Dated: September 15, 2016                    Respectfully submitted,

                                                     HEATHER E. WILLIAMS
                                                     Federal Defender

                                                     */s/Hannah R. Labaree*
                                                     HANNAH R. LABAREE
                                                     Assistant Federal Defender


Dated: September 15, 2016                    */s/ Susan St. Vincent*
                                                     SUSAN ST. VINCENT
                                                     Acting Yosemite Legal Officer
                                                     Counsel for the Plaintiff

# **O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via video conference at plea or sentencing hearings in Case No. 6:16-mj-00017-MJS, is hereby accepted and adopted as the Order of this Court.  **The Court reserves judgment as to whether Defendant may participate in trial via video.**

IT IS SO ORDERED.

Dated:   September 16, 2016             /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE