HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MAKSIM NIKULSHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00014-MJS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION FOR CONTINUANCE OF TRIAL DATE; ORDER |
| vs. | ) ) | |
| MAKSIM NIKULSHIN, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant, Maksim Nikulshin, that the currently scheduled trial date of January 11, 2017, be vacated and that a trial be set for April 5, 2017. Mr. Nikulshin makes this request for the following reasons:

1. Mr. Nikulshin has not previously requested a continuance of his trial.

2. Undersigned counsel is new to the case and needs time to consult with Mr. Nikulshin, research the case, and formulate a trial strategy.

3. Mr. Nikulshin has yet to review the videos in this case due to an address mix-up. They have now been sent to the correct address. Mr. Nikulshin's viewing of the videos may impact resolution of the case.

4. Mr. Nikulshin also needs more time to secure funds for travel to Yosemite for the

trial; more time would also allow for him to secure less expensive travel arrangements.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  December 8, 2016          */s/ Susan St. Vincent*
                                 SUSAN ST. VINCENT
                                 Yosemite Legal Officer
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: December 8, 2016           */s/ Reed Grantham*
                                 REED GRANTHAM
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MAKSIM NIKULSHIN


# **O R D E R**

Good cause appearing, the above request for vacation of the January 11, 2017 trial date in Case No. 6:16-mj-00014-MJS is granted. Trial is rescheduled to begin April 5, 2017, at 9:30 AM.

IT IS SO ORDERED.

Dated:   December 14, 2016          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Nikulshin: Stipulation for Continuance of Trial Date