Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAKSIM NIKULSHIN,<br><br>Defendant. | No.  6:16-MJ-0014-MJS<br><br>STIPULATION TO VACATE TRIAL DATE AND SET MOTION SCHEDULE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Maksim Nikulshin, by and through his attorney of record, Assistant Federal Defender Reed Grantham, that the trial date in the above-captioned matter set for May 17, 2017 be vacated, and a motion schedule be set as follows:

Defendant's motion to suppress to be filed on June 12, 2017

Government's opposition to be filed on July 10, 2017

Defendant's reply to be filed on July 24, 2017

Evidentiary hearing to be held on August 03, 2017 in the US District Court in Fresno, California so as to provide the Defendant with access to a Russian language interpreter.

The parties anticipate a ruling on the suppression issue may impact the way the case proceeds, and the Government anticipates calling an expert witness and another

1

witness, who resides outside of California, should this matter continue to trial.  As the determination to proceed with a trial is contingent on the outcome of the suppression hearing, the parties request the trial date be vacated, and the matter be set for a motion hearing as detailed above.

Dated:  May 3, 2017      /S/ Susan St. Vincent_____
                Susan St. Vincent
                Legal Officer
                Yosemite National Park

Dated:  May 03, 2017       /S/ Reed Grantham_____
                Reed Grantham
                Attorney for Defendant
                Maksim Nikulshin

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the May 17, 2017, Trial for *U.S. v. Nikulshin*, case number 6:16-MJ-0014-MJS, is hereby vacated and a motion schedule is set as follows:

 Defendant's motion to suppress to be filed on June 12, 2017

 Government's opposition to be filed on July 10, 2017

 Defendant's reply to be filed on July 24, 2017

 Evidentiary hearing to be held on August 03, 2017.

IT IS SO ORDERED.

Dated:  May 5, 2017        /s/ *Michael J. Seng*
                UNITED STATES MAGISTRATE JUDGE