HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MAKSIM NIKULSHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00014-MJS |
|---|---|---|
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER; ORDER** |
| vs. | ) | |
| MAKSIM NIKULSHIN, | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2) and (b)(3), Maksim Nikulshin, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the July 27, 2017 motion hearing. Additionally, Mr. Nikulshin further requests that this Court permit him to waive his right to personally appear for the August 3, 2017 hearing, and that he be permitted to appear by video from the United States federal courthouse in Brooklyn, New York. This Court has the discretion under Rule 43(b)(2) and (b)(3) to permit the waiver of his presence for a misdemeanor offense, or if "[t]he proceeding involves only a conference or hearing on a question of law." The government has no objection to these requests.

Mr. Nikulshin currently resides in Brooklyn, New York. The hearing on July 27, 2017, is a motion hearing on a question of law that will not require the physical presence of Mr. Nikulshin. The hearing on August 3, 2017, is currently set as an evidentiary hearing. On July 13,

2017, the defense filed a motion to vacate the August 3, 2017 evidentiary hearing, and to set the August 3, 2017 hearing as a motion hearing. A hearing on whether an evidentiary hearing will take place on this motion is set for July 27, 2017. The defense requests that Mr. Nikulshin be permitted to appear by video for the August 3, 2017 hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 18, 2017                 */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MAKSIM NIKULSHIN

## **O R D E R**

**GOOD CAUSE APPEARING**, Defendant's request for waiver of his personal appearance at the **July 27, 2017 hearing** in Case No. 6:16-mj-00014-MJS is **GRANTED.**

However, Defendant's request for waiver of personal appearance and request to appear by video at the **August 3, 2017** hearing is **DENIED** without prejudice to renewal of the request at the July 27, 2017 hearing.

IT IS SO ORDERED.

Dated:   July 19, 2017                  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Nikulshin – Request for Rule 43 Waiver