HEATHER E. WILLIAMS, #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MAKSIM NIKULSHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00014-MJS |
| Plaintiff, | **REQUEST FOR TRAVEL ASSISTANCE PURSUANT TO 18 U.S.C. § 4285; ORDER** |
| vs. | |
| MAKSIM NIKULSHIN, | |
| Defendant. | |

Mr. Nikulshin, through his undersigned counsel, hereby requests that, pursuant to 18 U.S.C. § 4285, this Court direct the United States Marshal to furnish him with the cost of travel from Brooklyn, New York to Fresno, California so that he may attend court in Fresno on September 1, 2017, at 9:00 a.m. Additionally, Mr. Nikulshin requests the United States Marshal provide him with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

On June 12, 2017, Mr. Nikulshin filed a motion to suppress evidence in his pending case out of Yosemite National Park. *See* Dkt. # 20. On July 10, 2017, the government filed its opposition to Mr. Nikulshin's motion to suppress. *See* Dkt. # 21.

On July 13, 2017, Mr. Nikulshin filed a motion to vacate the previously set August 3, 2017 evidentiary hearing. *See* Dkt. # 27. The government opposed this motion and filed an opposition on July 19, 2017. *See* Dkt. # 25. That same day, Mr. Nikulshin requested that the

Court waive his appearance at the July 27, 2017 hearing on the motion to vacate the evidentiary hearing. *See* Dkt. # 24. Mr. Nikulshin also requested that he be permitted to appear by video at the previously set August 3, 2017 evidentiary hearing, if such a hearing were to take place. *Id.* The Court granted Mr. Nikulshin's request to waive his appearance at the July 27, 2017 hearing, but denied his request to appear by video at the August 3, 2017 hearing, pending determination of the motion to vacate the evidentiary hearing. *Id.*

Mr. Nikulshin filed his reply to the government's opposition to his motion to vacate the evidentiary hearing on July 24, 2017. *See* Dkt. # 27. That same day, Mr. Nikulshin also filed his reply to the government's opposition to Mr. Nikulshin's motion to suppress. *See* Dkt. # 26.

A hearing on the motion to vacate the evidentiary hearing was held on July 27, 2017. At that hearing, the Court denied Mr. Nikulshin's motion to vacate the evidentiary hearing. The Court further denied Mr. Nikulshin's request to testify by video from New York and ordered Mr. Nikulshin to be present if he planned to testify. At Mr. Nikulshin's request, the Court continued the previously set August 3, 2017 evidentiary hearing to September 1, 2017, in order to provide Mr. Nikulshin with sufficient time to arrange travel to and from Fresno, California and Brooklyn, New York for the evidentiary hearing.

Mr. Nikulshin intends to testify at the September 1, 2017 evidentiary hearing.[1] Accordingly, he is in the process of arranging travel and expenses to and from Fresno, California and Brooklyn, New York. Mr. Nikulshin has been found indigent and eligible for appointed counsel in this case. He therefore specifically requests the Court direct that those expenses be paid as contemplated by 18 U.S.C. § 4285.

//
//
//
//
//

---

[1] Defense counsel for Mr. Nikulshin, in accordance with the Court's order on July 27, 2017, has notified the Court Interpreter of Mr. Nikulshin's intention to testify at the September 1, 2017 evidentiary hearing and has requested that a Russian interpreter be present to interpret.

2

Nikulshin – Request for Travel Assistance

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 4, 2017          */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorneys for Defendant
                               MAKSIM NIKULSHIN

## **O R D E R**

Good cause appearing, Defendant's request for travel assistance pursuant to 18 U.S.C. § 4285 in Case No. 6:16-mj-00014-MJS is GRANTED IN PART. Given Defendant's indigency, the reasonable expense of his travel and subsistence to, during and from the Evidentiary Hearing on his pending Motion to Suppress, to be held **on a date not yet determined** (the September 1, 2017 hearing date no longer being available to the Court), shall be provided by the U.S. Marshall in accord with the provisions of 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated:   August 15, 2017            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Nikulshin – Request for Travel Assistance