HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MAKSIM NIKULSHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00014-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE EVIDENTIARY HEARING; ORDER** |
| vs. | |
| MAKSIM NIKULSHIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Reed Grantham, counsel for Maksim Nikulshin, that the Court continue the September 22, 2017 evidentiary hearing to November 30, 2017.

On June 12, 2017, Mr. Nikulshin filed a motion to suppress evidence in his pending case out of Yosemite National Park. *See* Dkt. # 20. On July 10, 2017, the government filed its opposition to Mr. Nikulshin's motion to suppress. *See* Dkt. # 21. An evidentiary hearing was set for August 3, 2017.

On July 13, 2017, Mr. Nikulshin filed a motion to vacate the previously set August 3, 2017 evidentiary hearing. *See* Dkt. # 27. The government opposed this motion and filed an opposition on July 19, 2017. *See* Dkt. # 25. Mr. Nikulshin filed his reply to the government's opposition to his motion to vacate the evidentiary hearing on July 24, 2017. *See* Dkt. # 27. That same day, Mr. Nikulshin also filed his reply to the government's opposition to Mr. Nikulshin's

motion to suppress. *See* Dkt. # 26.

A hearing on the motion to vacate the evidentiary hearing was held on July 27, 2017. At that hearing, the Court denied Mr. Nikulshin's motion to vacate the evidentiary hearing. The Court further denied Mr. Nikulshin's request to testify by video from New York and ordered Mr. Nikulshin to be present if he planned to testify. The Court continued the previously set August 3, 2017 evidentiary hearing to September 1, 2017, in order to provide Mr. Nikulshin time to arrange travel to and from Fresno, California and Brooklyn, New York for the evidentiary hearing.

On August 4, 2017, Mr. Nikulshin filed a request for travel assistance for one-way financial support for his travel to Fresno, California from Brooklyn, New York for the September 1, 2017 evidentiary hearing. *See* Dkt. # 30. Mr. Nikulshin also indicated his intention to testify at the hearing. On August 7, 2017, the Court requested an updated financial affidavit be sent to chambers within one week. *See* Dkt. # 31. Such a financial was provided and the request for travel assistance granted on August 15, 2017. *See* Dkt. # 33. However, on August 9, 2017, defense counsel received an email from the Court clerk that indicated that Mr. Nikulshin should not purchase his return ticket since the September 1, 2017 date was not available for the Court.

Between August 9, 2017, and August 23, 2017, the parties were in communication regarding setting a new date for the evidentiary hearing. Per the parties' agreement, on August 23, 2017, the Court issued a minute order setting the hearing for September 22 at 1:00 pm. in Fresno.

On August 24, 2017, defense counsel contacted Francesca Aguirre from the US Marshals regarding how to arrange Mr. Nikulshin's flight to Fresno, California. On September 1, 2017, Ms. Aguirre contacted defense counsel and requested that an updated order issue from the Court specifying the September 22, 2017 hearing date. Defense counsel contacted the Court clerk to request an updated court order. On September 5, 2017, the Court issued such an updated minute order.

On September 5, 2017, defense counsel instructed Mr. Nikulshin to purchase a return flight from Fresno, California to Brooklyn, New York. At that time, counsel learned that on August 20, 2017, Mr. Nikulshin suffered an injury at work after falling down a flight of stairs.

Nikulshin - Stipulation to Continue Hearing         -2-

As a result of the fall, Mr. Nikulshin spent the night in the hospital and lost his job. Counsel also learned that Mr. Nikulshin was unemployed between August 20, 2017, and September 5, 2017, and that Mr. Nikulshin had started his first day at his new job on September 5, 2017. As a result, Mr. Nikulshin indicated that he is not currently able to finance the trip back from Fresno, even considering the travel assistance approved by the Court. Mr. Nikulshin, now employed, anticipates having sufficient funds for the trip to Fresno, California by mid-October 2017.

On September 11, 2017, defense counsel contacted Yosemite Legal Officer Susan St. Vincent regarding continuing the evidentiary hearing for one month. Ms. St. Vincent indicated that the government had no objection to continuing the hearing. On September 13, 2017, the parties contacted the Court clerk requesting available court dates in October in Fresno. The first available court date that works for the parties is November 30, 2017. Accordingly, the parties request that Court continue the September 22, 2017 evidentiary hearing to November 30, 2017.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 19, 2017    /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 19, 2017    /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MAKSIM NIKULSHIN

**O R D E R**

The Court accepts the above Stipulation. The September 22, 2017 evidentiary hearing for Maksim Nikulshin, Case No. 6:16-mj-00014-MJS, is continued to November 30, 2017, at 9:00 a.m. in Fresno, California.

IT IS SO ORDERED.

Dated:   September 20, 2017         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE