HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ANDREW WONG, CA SBN #308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MAKSIM NIKULSHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00014-MJS |
| Plaintiff, | **STIPULATION FOR APPEARANCE BY VIDEO TELECONFERENCE** |
| vs. | |
| MAKSIM NIKULSHIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Andrew Wong, counsel for Maksim Nikulshin, that the Court allow Mr. Nikulshin to appear by video teleconference for his August 14, 2018, sentencing.

On June 19, 2018, the parties indicated that they had reached a resolution to this case. Dkt. No. 43. The Court set a change of plea and sentence for August 14, 2018 at 10:00 a.m. The Court also ordered that all parties appear in Fresno, California. Mr. Nikulshin works and resides in Brooklyn, New York. Due to the time and expense required to travel from Brooklyn, New York to Fresno, California, Mr. Nikulshin requests that he be allowed to appear by video teleconference. Mr. Nikulshin has recently incurred medical expenses that would make a trip to California financially difficult. Mr. Nikulshin has appeared by video teleconference in the past. Dkt. No. 5. The Government does not oppose Mr. Nikulshin's request.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

Date: July 9, 2018           */s/ Susan St. Vincent*
                             Susan St. Vincent
                             Yosemite Legal Officer
                             Attorney for Plaintiff

                             HEATHER E. WILLIAMS
                             Federal Defender

Date: July 9, 2018           */s/ Andrew Wong*
                             ANDREW WONG
                             Assistant Federal Defender
                             Attorney for Defendant
                             MAKSIM NIKULSHIN

## **O R D E R**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, Mr. Nikulshin may appear by video teleconference for his August 14, 2018, change of plea and sentencing hearing.

IT IS SO ORDERED.

Dated:   July 18, 2018                             _____
                                                   UNITED STATES MAGISTRATE JUDGE