| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | matthew_bockmon@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | MAKSIM NIKULSHIN |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-014 MJS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **AMENDED REQUEST FOR VIDEO** |
| v. | ) | **TELEPHONIC APPEARANCE AT** |
| | ) | **HEARING TO RECALL BENCH** |
| MAKSIM NIKULSHIN, | ) | **WARRANT; ORDER** |
| | ) | |
| Defendant. | ) | Date: February 6, 2019 |
| | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Jeremy D. Peterson |

Defendant Maksim Nikulshin, by and through undersigned counsel, requests that this Court set a status conference on the bench warrant for February 6, 2019, at 10:00 a.m.

Further, pursuant to Federal Rule of Criminal Procedure 43(b)(2), Mr. Nikulshin, having been advised of his right to be present at all stages of the proceedings, hereby requests that the Court permit him to waive his right to personally appear for the status conference, and instead be allowed to appear by **video** telephone conference.

Defendant is requesting the Court to recall the bench warrant at the status conference and immediately schedule his initial appearance for the next available calendar. He would then appear via video conference from the federal courthouse in Brooklyn, New York.

/ / /

/ / /

/ / /

-1-

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 25, 2019  */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for MAKSIM NIKULSHIN


McGREGOR SCOTT
United States Attorney

Dated: January 25, 2019  */s/ Matthew C. Bockmon for S. St. Vincent*
SUSAN ST. VINCENT
Legal Officer

# O R D E R

**GOOD CAUSE APPEARING**, the court hereby orders that a status conference on the bench warrant be set for February 6, 2019. The court further grants the defendant's request to waive his personal appearance and appear via **video** telephone conference at the February 6, 2019 hearing in case no. 6:16-mj-014 MJS.

IT IS SO ORDERED.

Dated:   January 25, 2019    _____
UNITED STATES MAGISTRATE JUDGE