1  HEATHER E. WILLIAMS, CA SBN 122664
   Federal Defender
2  TIMOTHY ZINDEL, CA SBN 158377
   Assistant Federal Defender
3  Office of the Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Tel. (916) 498-5700
5  timothy_zindel@fd.org

6

   Attorney for Defendant
7  MAKSIM NIKULSHIN

8
                     IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,              Case No. 6:16-MJ-00014 JDP
12
                    Plaintiff,
13                                         **MOTION TO RESCHEDULE HEARING
   vs.                                     AND RECALL WARRANT (unopposed);
14                                         ORDER**
   MAKSIM NIKULSHIN,
15
                    Defendant.             Judge:   Hon. Jeremy D. Peterson
16

17

18        The Court canceled the hearing scheduled for today due to closure of roads entering the

19  park.  Mr. Nikulshin, who lives in New York, was prepared to appear today by video

20  teleconference to ask the Court to recall the warrant issued October 30, 2018, and to enter a plea

21  pursuant to a written agreement with the government.  Mr. Nikulshin was on his way to court in

22  New York when he got word of the closure and cancellation of the hearing.

23        In light of the closure, Mr. Niklushin now moves the Court to reschedule the hearing and

24  plea for February 26, 2019, at 10:00 a.m., to recall the warrant, and to permit Mr. Nikulshin to

25  appear by video teleconference (as previously ordered).

26        The Government has advised defense counsel that it does not oppose this motion.

27  / / / / /

28  / / / / /

A proposed order is attached for the Court's convenience.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 6, 2019

/s/ Tim Zindel
TIM ZINDEL
Assistant Federal Defender
Attorney for MAKSIM NIKULSHIN

# **O R D E R**

The bench warrant is recalled. Hearing on the plea is rescheduled for February 26, 2019, at 10:00 a.m., and Mr. Nikulshin may appear by video teleconference as previously ordered.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:     February 6, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Siu - Motion to Vacate