1 HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, CA 93721-2226
Telephone: (559) 487-5561
5 Fax: (559) 487-5950

6 Attorneys for Defendant
MAKSIM NIKULSHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00014 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING** |
| vs. | Date: June 17, 2020 |
| MAKSIM NIKULSHIN, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Maksim Nikulshin, hereby stipulate and jointly move this Court to continue Mr. Nikulshin's review hearing from March 31, 2020 until June 17th, 2020.

On January 19, 2020, Mr. Nikulshin appeared by video teleconference from Brooklyn New York for a probation revocation. The Honorable Jeremy Peterson instructed Mr. Nikulshin to complete his DUI class and continue fine payments. The undersigned defense counsel, having spoken with Mr. Nikulshin is informed that his DUI class was completed on March 26, 2020, and that fine payments are forthcoming. Given ongoing COVID-19 interruptions to court operations, the undersigned defense counsel requests that Mr. Nikulshin review hearing be continued until June 17th, 2020. The government does not not oppose.

//

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | McGREGOR SCOTT<br>United States Attorney |
| 3 | | |
| 4 | Dated: March 30, 2020 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT |
| 5 | | Acting Legal Officer<br>National Park Service |
| 6 | | Yosemite National Park |
| 7 | | |
| 8 | Dated: March 30, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | | |
| 10 | | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 | | Assistant Federal Defender<br>Attorney for Defendant |
| 12 | | MAKSIM NIKULSHIN |

Nikulshin / Stipulation to Continue
Review Hearing and Order

-2-

ORDER

Good cause appearing, the above stipulation to continue case 6:16-mj-00014 until June 17, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: __March 30, 2020__

_____
UNITED STATES MAGISTRATE JUDGE