1 | HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2 | BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA 93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorney for Defendant
MAKSIM NIKULSHIN

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           No. 6:16-mj-0014-JDP

12 |              Plaintiff,

13 |         v.                          **STIPULATION TO CONTINUE REVIEW HEARING; AND ORDER**

14 | MAKSIM NIKULSHIN

15 |              Defendant.

16

17    IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the

18 National Park Service, and Defendant Maksim Nikulshin, by and through his attorney of record,

19 Benjamin A. Gerson, that the review hearing in the above-captioned matter set for June 17, 2020

20 be continued to August 12, 2020 at 10:00 a.m. The review hearing was previously continued

21 from March 31, 2020 to June 17, 2020 at the request of the parties to allow Defendant to obtain

22 proof of completion of a required DMV course and proof of fine payment. Due to the COVID-19

23 pandemic related closures, the Defendant requests a further extension of time.

24    Additionally, Defendant lives in New York, and has on previous occasions been permitted

25 to appear via video teleconference from the District Court in New York, and it is possible the

26 courthouses will reopen by August to an extent that may make a video appearance permissible if

27 approved by this court.

28    //

Nikulshin – Stipulation To Continue                1

1  For these reasons the parties request the review hearing be continued to August 12, 2020.

2  Dated:  June 17, 2020                    /s/ *Susan St. Vincent*
                                            Susan St. Vincent
3                                           Legal Officer
                                            Yosemite National Park
4
   Dated:  June 17, 2020                    */s/ Benjamin Gerson*
5                                           Benjamin A. Gerson
                                            Attorney for Defendant
6                                           Maksim Nikulshin

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the June 17, 2020, motion hearing for Maksim Nikulshin, Case 6:16-mj-0014-JDP, is continued to August 12, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 17, 2020

UNITED STATES MAGISTRATE JUDGE